IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN LAVALLA AND                                                              PLAINTIFFS
THERESA LAVALLA

v.                              CASE NO. 4:13CV00522 BSM

CALIBER HOME LOANS, INC.,
VERICREST FINANCIAL, INC., AND
JP MORGAN CHASE BANK, NA                                                     DEFENDANTS

## JUDGMENT

Consistent with the order that was entered this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 28th day of January 2014.

_____
UNITED STATES DISTRICT JUDGE